**Dolan & Associates, P.C.**
*Attorneys At Law*
5801 Osuna N.E. Suite 106
Albuquerque, New Mexico 87109
(505) 883-1266
(505) 888-7509 (fax)

---

Daniel R. Dolan II, P.E., Esq.                                    dan@lobo.net
Licensed in NM, TX, KY

February 21, 2012

**VIA ELECTRONIC MAIL ONLY TO 'Gretchen_Elsner@nmcourt.fed.us'**
Gretchen Elsner, Law Clerk
c/o The Honorable Robert Hayes Scott
United States Magistrate Judge
Pete V. Domenici
US Courthouse
333 Lomas Blvd.
Albuquerque, NM  87102

RE:     *Martin v. CYFD and Sanchez; CV-11-648 BB/RHS*
        *Missed report deadline and pre-trial conference*

Dear Ms. Elsner:

        My legal Assistant and I both appreciate your reminder of the missed status report deadline and the missed pretrial conference.  We looked carefully at our office procedures to see how we could solve that problem and implemented the dry-erase board I mentioned in my Affidavit.

        The Affidavits of me and my Legal Assistant address our failures to comply with the Court's Order on Pacer.  We do not believe that will ever happen again.  We both apologize that you even had so send such a reminder.  Will you please see that the Judge receives a copy of this e-mail also.  Again, thanks for doing it.  See you at the pre-trail on March 7, 2012.

                                Sincerely,

                                Daniel R. Dolan, II, P.E., Esq.

DRD/wch
Enclosures